UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>           Plaintiff,                               )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br> JOSE LUIS VILLAFANE OSORIO,     )<br>                                                              )<br>           Defendant.                             )<br>_____ ) | CASE NO. CR24-016 LK<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Conspiracy to Import Cocaine; Distribution of Cocaine for Purpose of Importation; Attempted Importation of Cocaine; Conspiracy to Commit Money Laundering; Money Laundering (two counts); Forfeiture Allegation

<u>Date of Detention Hearing</u>:   July 22, 2024.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. The government alleges that defendant was a significant participant in a large international drug trafficking organization. The government alleges that defendant entered the United States illegally in Brownsville Texas in March 23, 2024, and that he is subject to an expedited order of removal. He has filed an application for asylum and has been living with his common law wife and her parents in New Jersey since that time. The government alleges the defendant's common law wife has been connected to the drug conspiracy, whether knowingly or unknowingly. Defendant has a history of extensive international travel, and the government alleges defendant's recent travel to Spain was for the purpose of expanding the drug trafficking operation. The government further alleges defendant obtained false identification documents to work in the United States.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of July, 2024.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3