UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>JOSE MANUEL FRIAS LOPEZ et al.,<br><br>                Defendants. | CASE NO. 2:24-cr-00016-LK<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

    This matter comes before the Court on the Government and Defendant Jose Luis Villafane Osorio's Stipulated Motion to Continue Trial. Dkt. No. 75. Both parties have stipulated to continue the trial in this case from March 17, 2025 to November 17, 2025, and to continue the pretrial motions deadline to September 22, 2025. *Id.* at 6.[1] Mr. Villafane Osorio has waived his speedy trial rights through December 1, 2025. Dkt. No. 78 at 1.

    On January 24, 2024, a federal grand jury indicted Mr. Villafane Osorio and numerous co-defendants on multiple counts associated with the alleged importation of cocaine and international

---

[1] The parties confirmed by email that they are seeking a pretrial motions deadline of September 22, 2025, as indicated on page 6 of their motion, not August 8, 2025 as indicated on page 1.

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

money laundering. Dkt. No. 1 at 1–12. The indictment specifically charged Mr. Villafane Osorio with one count of Conspiracy to Import Cocaine, one count of Distribution of Cocaine for Purpose of Importation, one count of Attempted Importation of Cocaine, one count of Conspiracy to Commit Money Laundering, and two counts of Money Laundering—Concealment. *Id.* at 1–5; see also 21 U.S.C. §§ 952(a), 959(a), 960(a)(1), (3), 960(b)(1)(B), and 963; 18 U.S.C. §§ 2, 1956(a)(2)(B)(i), 1956(a)(3)(B), 1956(h). Mr. Villafane Osorio is the only Defendant who was arrested in the United States, as seven others were arrested in Colombia and are awaiting extradition to the United States, while two remain at large outside of the United States. Dkt. No. 62 at 4. Mr. Villafane Osorio has pleaded not guilty, Dkt. No. 50, and has been ordered detained pending trial, Dkt. No. 59 at 2.

On January 16, 2025, the Government received a large amount of Spanish-language discovery stemming from an investigation conducted by the Colombian National Police. Dkt. No. 75 at 2–3. The Government represents that this discovery includes "numerous investigative reports, undercover audio and video recordings, wiretap audio recordings and text messages, and multiple digital devices seized at the time of takedown in Colombia." *Id.* at 3. The parties agree that continuing the trial date, currently set for March 17, 2025, is necessary because the Government needs additional time to review and process the discovery before producing it to the defense and that, once discovery is produced, the defense will need sufficient time to conduct its own review of the discovery before filing pretrial motions and preparing for trial. *Id.* at 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Villafane Osorio in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying the parties the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence and the complexity

of the case. *See* 18 U.S.C. § 3161(h)(7)(B)(i)–(ii). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide the Government and Mr. Villafane Osorio reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the Government and Mr. Villafane Osorio's stipulated motion, Dkt. No. 75, and ORDERS that the trial date for Mr. Villafane Osorio shall be continued from March 17, 2025 to November 17, 2025, and that the pretrial motions deadline shall be continued to September 22, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Villafane Osorio's trial must commence under the Speedy Trial Act.

Dated this 20th day of February, 2025.

Lauren King
United States District Judge